IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON MARC REEDY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-2403-X |
| | § | |
| FREEDOM MORTGAGE CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 16). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court **GRANTS** Defendant Freedom Mortgage Corporation's motion to dismiss (Doc. 13) and **DISMISSES WITHOUT PREJUDICE** Plaintiff Jason Reedy's complaint. Within 21 days of this order, Reedy may file an amended complaint that cures the deficiencies described by the Magistrate Judge. If Reedy fails to do so, his claims shall be dismissed with prejudice without further notice.

**IT IS SO ORDERED** this 22nd day of May, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE