IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON MARC REEDY, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. 3:23-CV-2403-X |
| § | |
| FREEDOM MORTGAGE § | |
| CORPORATION, § | |
| § | |
| *Defendant.* § | |

## MEMORANDUM OPINION, ORDER, AND FINAL JUDGMENT

The Court **DISMISSES WITH PREJUDICE** all of Plaintiff Jason Marc Reedy's claims against Defendant Freedom Mortgage Corporation for failure to prosecute and follow Court orders under Rule 41(b). Previously, the Court dismissed without prejudice Reedy's claims but allowed him to replead his claims within 21 days. (Doc. 17). His 21-day window for repleading has passed, and the Court does not have an amended pleading. Therefore, the Court **DISMISSES WITH PREJUDICE** this case.

Each party shall bear its own fees and costs. This is a final judgment.

**IT IS SO ORDERED** this 14th day of August, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1